STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Broadcast Distribution Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CYBERLINK.COM CORP., <br><br> *Defendant*. | CASE NO.: 4:21-cv-05975-JSW <br><br> **JURY TRIAL DEMANDED** <br><br> **STIPULATION TO STAY ALL DEADLINES** <br><br> Honorable Jeffrey S. White |

**TO THE HON. JEFFREY S. WHITE, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil Local Rule 6-2, because the parties hereto have reached an agreement in principle that will settle and dispense of this matter and are in the process of memorializing the terms of a written settlement agreement, they stipulate hereby to requesting a thirty (30) day stay of the proceeding, including all deadlines, up or until November 29, 2021. There have been two previous time modifications in the case (*see*

ECF Nos. 11, 17), but because of the settlement the requested time modification should have no effect on the schedule for the case.

Dated: October 27, 2021     Respectfully submitted,

/s/ Stephen M. Lobbin
**Attorney(s) for Plaintiff**

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2021     _____

United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin
Stephen M. Lobbin

2
STIPULATION TO STAY DEADLINES